ACCEPTED
03-14-00112-CV
3686533
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/7/2015 4:01:24 PM
JEFFREY D. KYLE
CLERK



FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/7/2015 4:01:24 PM
JEFFREY D. KYLE
Clerk

ERIKA M. KANE
Assistant Attorney General
General Litigation Division

PHONE: (512) 463-2120
FAX:     (512) 320-0667
EMAIL: erika.kane@texasattorneygeneral.gov

January 7, 2015

Hon. Jeffery D. Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Austin, TX  78711

      RE:     Case No. 03-14-00112-CV; *Dr. James Jones v. Angelo State University*; In the
                Court of Appeals for the Third Judicial District, Austin, Texas

Dear Mr. Kyle:

      Pursuant to the Court's request, please be advised that undersigned counsel intends to present oral argument in this case on behalf of the Appellee, Angelo State University.

                        Sincerely,

                        /s/   Erika M. Kane
                        ERIKA M. KANE
                        TX Bar No. 24050850
                        Assistant Attorney General
                        General Litigation Division
                        Erika.Kane@texasattorneygeneral.gov

cc:  Frank Gilstrap